LA IGLESIA CATÓLICA APOSTÓLICA ROMANA EN PUERTO RICO, DEMANDANTE Y APELANTE, *v.* FOURNIER, DEMANDADO Y APELADO.

No. 3542.—*Visto:* Enero 26, 1925. *Resuelto:* Enero 29, 1925.

APELACIÓN—SENTENCIA DEFINITIVA—*Quaere.*—Cuando la sentencia es apelada al pronunciarse y más tarde al ser modificada en el sentido de imponer costas, cuál debe considerarse definitiva.

ID.—DESESTIMACIÓN DE APELACIÓN—TÉRMINO PARA APELAR.—Procede desestimar una apelación a petición de la parte apelada cuando el escrito interponiéndola se radicó treinta y dos días después de dictada la sentencia.

MOCIÓN de la apelada para desestimar la apelación. *Desestimada.*
H. *Torres Solá,* abogado de la apelante; C. *del Toro Fernández,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

En este caso se dictó sentencia por la corte inferior en noviembre 14, 1924 declarando sin lugar la demanda y en noviembre 15, 1924 la demandante estableció el recurso de apelación. No obstante, la apelante dejó transcurrir los diez días siguientes a la fecha del escrito de apelación sin archivar una exposición del caso ni prórroga para hacerlo ni tampoco hizo la opción de pedir a la corte que el taquígrafo procediera a la transcripción de la evidencia.

Posteriormente—a solicitud del demandado— la corte in-

ferior enmendó en diciembre 2, 1924 la sentencia que había dictado en noviembre 14, 1924 en el sentido de imponer las costas a la demandante. Esta última resolución fué notificada a la demandante en diciembre 4, 1924, y fué apelada en enero 5, 1925.

En el escrito de oposición a la desestimación de este recurso y en el acto de la vista, la demandante insistió que habiéndose modificado la sentencia mediante una enmienda sustancial, como alega ser la imposición de costas, la primera sentencia no es la final y sí la sentencia enmendada.

De todos modos no es necesario detenernos en este aspecto del asunto toda vez que aún partiendo de la fecha en que fué apelada la sentencia enmendada, la apelación se estableció fuera de tiempo. La resolución enmendando la primitiva sentencia se dictó el 2 de diciembre, 1924; en diciembre 4, 1924 fué notificada al demandante y desde esta última fecha al 5 de enero de 1925 que se radicó el escrito de apelación se cuentan, sin incluir el primer día e incluyendo el último, 32 días, y por tanto el escrito se presentó fuera de tiempo.

*Debe declararse con lugar la moción y desestimarse la apelación.*